1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12    IN RE: JUUL LABS, INC., MARKETING          ) Case No. 3:19-MD-2913-WHO
      SALES PRACTICE AND PRODUCTS               )
13    LIABILITY LITIGATION                       ) The Honorable William H. Orrick
                                                 )
14                                               ) **ORDER GRANTING JLI'S MOTION TO**
                                                 ) **DISMISS WITHOUT PREJUDICE FOR**
15                                               ) **FAILURE TO SUBMIT DISCOVERY**
                                                 ) **REQUIRED BY CASE MANAGEMENT**
16                                               ) **ORDER NO. 8**
      *This Document Relates to All Plaintiffs*  )
17    *Identified in Exhibit A*                   ) This Document Relates To:  All Actions
                                                 )
18                                               ) The Hon. William H. Orrick
                                                 )
19                                               )

20
21
22
23
24
25
26
27
28

1         Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss the Complaints filed

2    by All Plaintiffs Identified in Exhibit A (the "Motion to Dismiss") (ECF Nos. 924, 935, 956) in the

3    above referenced, consolidated actions.  Having considered the motion and arguments of the parties,

4    and with good cause appearing therefore, the Court hereby GRANTS the Motion to Dismiss and

5    DISMISSES the Complaints filed by all plaintiffs identified in Exhibit A without prejudice.

6      IT IS SO ORDERED.

7      Dated: November 2, 2020

8

9



10          The Honorable William H. Orrick
            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# Exhibit A

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1 | Adkins, Caleb | *Caleb Adkins v. Juul Labs, Inc. et al.* | 3:20-cv-02880 | Hare, Wynn, Newell & Newton, LLP | 8/28/2020 | 924 |
| 2 | Al-Jamal, Malik | *Malik Al-Jamal v. Juul Labs, Inc. et al.* | 3:20-cv-00147 | Morgan & Morgan P.A. | 8/28/2020 | 924 |
| 3 | Austin, Allison | *Allison Austin v. Juul Labs, Inc. et al.* | 3:20-cv-00407 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 4 | Barnes, Keegan | *Keegan Barnes v. Juul Labs, Inc. et al.* | 3:20-cv-02537 | Hare, Wynn, Newell & Newton, LLP | 8/28/2020 | 924 |
| 5 | Cox, Thomas | *Thomas Cox v. Juul Labs, Inc. et al.* | 3:20-cv-00348 | Douglas & London, P.C.; Levin Sedran & Berman LLP | 8/28/2020 | 924 |
| 6 | Decoste, Brayden | *Brayden Decoste v. Juul Labs, Inc. et al.* | 3:19-cv-08339 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 7 | Diaz, Tyler | *Tyler Diaz v. Juul Labs, Inc. et al.* | 3:20-cv-02868 | Hare, Wynn, Newell & Newton, LLP | 8/28/2020 | 924 |
| 8 | Dodge, Nathan | *Nathan Dodge v. Juul Labs, Inc. et al.* | 3:20-cv-01817 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 9 | Garcia, Dakota | *Dakota Garcia v. Juul Labs, Inc. et al.* | 3:19-cv-08332 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 10 | Gutierrez, Jeremiah | *Jeremiah Gutierrez v. Juul Labs, Inc. et al.* | 3:20-cv-00152 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 11 | Horvath, William | *William Horvath v. Juul Labs, Inc. et al.* | 3:19-cv-07036 | Morgan & Morgan P.A. | 8/28/2020 | 924 |
| 12 | Jensen, Trey | *Trey Jensen v. Juul Labs, Inc. et al.* | 3:19-cv-08334 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 13 | Johns, Seth | *Seth Johns v. Juul Labs, Inc. et al.* | 3:20-cv-01837 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 14 | Kozlow, Jacob | *Jacob Kozlow v. Juul Labs, Inc. et al.* | 3:19-cv-07567 | Douglas & London, P.C.; Hendy Johnson Vaughn Emery | 8/28/2020 | 924 |
| 15 | Lancaster, William | *William Lancaster v. Juul Labs, Inc. et al.* | 3:19-cv-08338 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 16 | Malloy, Landen | *Landen Malloy v. Juul Labs, Inc. et al.* | 3:19-cv-07386 | Morgan & Morgan P.A. | 8/28/2020 | 924 |
| 17 | Miller, Sienna | *Sienna Miller v. Juul Labs, Inc. et al.* | 3:20-cv-02487 | Hare, Wynn, Newell & Newton, LLP | 8/28/2020 | 924 |

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 18 | Owens, Trevor | *Trevor Owens v. Juul Labs, Inc. et al.* | 3:20-cv-00079 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 19 | Rand, Jackson | *Jackson Rand v. Juul Labs, Inc. et al.* | 3:20-cv-00727 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 20 | Rizzi, Anthony | *Anthony Rizzi v. Juul Labs, Inc. et al.* | 3:19-cv-07962 | Burg Simpson Eldredge Hersh & Jardine, P.C.; Douglas & London, P.C. | 8/28/2020 | 924 |
| 21 | Ryan, Danielle | *Danielle Ryan v. Juul Labs, Inc. et al.* | 3:19-cv-08220 | Douglas & London, P.C.; Levin Sedran & Berman LLP | 8/28/2020 | 924 |
| 22 | Schuette, Kaela | *Kaela Schuette v. Juul Labs, Inc. et al.* | 3:20-cv-01816 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 23 | Selman, Matthew | *Matthew Selman v. Juul Labs, Inc. et al.* | 3:19-cv-08097 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 24 | Smith, Evan | *Evan Smith v. Juul Labs, Inc. et al.* | 3:20-cv-00410 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 25 | Strouse, Andrew | *Andrew Strouse v. Juul Labs, Inc. et al.* | 3:20-cv-00081 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 26 | Summers, Sydney | *Sydney Summers v. Juul Labs, Inc. et al.* | 3:20-cv-01774 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 27 | T.K. | *T.K., a minor by and through his Guardian Ad Litem Jennifer Kelly v. Juul Labs, Inc. et al.* | 3:19-cv-06932 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 28 | Thomas, Juanita | *Juanita Thomas v. Juul Labs, Inc. et al.* | 3:20-cv-01814 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 29 | Ward, Zackary | *Zackary Ward v. Juul Labs, Inc. et al.* | 3:20-cv-01605 | Douglas & London, P.C. | 8/28/2020 | 924 |
| 30 | Wise, Rosanna | *Rosanna Wise v. Juul Labs, Inc. et al.* | 3:19-cv-06913 | Morgan & Morgan P.A. | 8/28/2020 | 924 |
| 31 | Young, Jacob | *Jacob Young v. Juul Labs, Inc. et al.* | 3:19-cv-07389 | Morgan & Morgan P.A. | 8/28/2020 | 924 |
| 32 | Abbott, Tyler | *Tyler Abbott v. Juul Labs, Inc.* | 3:20-cv-02235 | Douglas & London, P.C. | 9/4/2020 | 935 |
| 33 | Bailey, James | *James Bailey v. Juul Labs, Inc.* | 3:20-cv-02233 | Douglas & London, P.C. | 9/4/2020 | 935 |
| 34 | Baldwin, Blake | *Blake Baldwin v. Juul Labs, Inc. et al.* | 3:20-cv-02930 | Douglas & London, P.C. | 9/4/2020 | 935 |

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 35 | Crawford, Tyler | *Tyler Crawford v. Juul Labs, Inc. et al.* | 3:19-cv-07850 | Beasley Allen Crow Methvin Portis & Miles, LLC; The Miller Law Firm, P.C. | 9/4/2020 | 935 |
| 36 | Curtis, Anthony | *Anthony Curtis v. Juul Labs, Inc. et al.* | 3:20-cv-02870 | Allen & Nolte, PLLC | 9/4/2020 | 935 |
| 37 | Duchene, Brendan | *Brendan Duchene v. Juul Labs, Inc. et al.* | 3:20-cv-02934 | Douglas & London, P.C. | 9/4/2020 | 935 |
| 38 | Elmer, Kennedy | *Kennedy Elmer v. Juul Labs, Inc. et al.* | 3:20-cv-02203 | Douglas & London, P.C. | 9/4/2020 | 935 |
| 39 | Fomby, Jonathan | *Jonathon C. Fomby v. Juul Labs, Inc. et al.* | 3:20-cv-02872 | Hare, Wynn, Newell & Newton, LLP | 9/4/2020 | 935 |
| 40 | Fowler, Joshua E. | *Joshua E. Fowler v. Juul Labs, Inc. et al.* | 3:20-cv-02192 | Parker Waichman LLP | 9/4/2020 | 935 |
| 41 | Johnson, Cora | *Cora Johnson, Joshua Kelley and Jasmine Rosenblatt v. Juul Labs, Inc. et al.* | 3:19-cv-06940 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/4/2020 | 935 |
| 42 | Lingnofski, Hunter | *Hunter Lingnofski v. Juul Labs, Inc. et al.* | 3:19-cv-07905 | Beasley Allen Crow Methvin Portis & Miles, LLC; Murphy & Prachthauser, SC | 9/4/2020 | 935 |
| 43 | Long, Jarius | *Jairus Long v. Juul Labs, Inc. et al.* | 3:19-cv-07336 | Hare, Wynn, Newell & Newton, LLP | 9/4/2020 | 935 |
| 44 | Malasto, Mia | *Mia Malasto, Tyler Purvis, Virginia Rivera individually and on behalf of her minor child D.S., Monica Whitehead individually and on behalf of her minor child D.E. v. Juul Labs, Inc. et al.* | 3:19-cv-07334 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/4/2020 | 935 |

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 45 | McNamara, Charlie | *Ryan Kohler, Bryce Moore, Charlie McNamara, and Justin Bower v. Juul Labs, Inc. et al.* | 3:19-cv-06920 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/4/2020 | 935 |
| 46 | Moore, Bryce | *Ryan Kohler, Bryce Moore, Charlie McNamara, and Justin Bower v. Juul Labs, Inc. et al.* | 3:19-cv-06920 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/4/2020 | 935 |
| 47 | Swan, Collin | *Collin Swan v. Juul Labs, Inc. et al.* | 3:19-cv-08329 | Beasley Allen Crow Methvin Portis & Miles, LLC | 9/4/2020 | 935 |
| 48 | Thompson, Caden | *Caden Thompson v. Juul Labs, Inc. et al.* | 3:20-cv-01651 | Beasley Allen Crow Methvin Portis & Miles, LLC | 9/4/2020 | 935 |
| 49 | Westfall, Gabryella | *Gabryella Westfall v. Juul Labs, Inc. et al.* | 3:20-cv-02217 | Douglas & London, P.C. | 9/4/2020 | 935 |
| 50 | Brown, Gerard | *Gerard Brown v. Juul Labs, Inc. et al.* | 3:20-cv-03007 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A. | 9/10/2020 | 956 |
| 51 | Cooper, Joet | *Joet Cooper v. Juul Labs, Inc. et al.* | 3:20-cv-03020 | Wagstaff & Cartmell LLP | 9/10/2020 | 956 |
| 52 | Lacey, Chaska | *Chaska Lacey v. Juul Labs, Inc. et al.* | 3:20-cv-03151 | Hare, Wynn, Newell & Newton, LLP | 9/10/2020 | 956 |
| 53 | Temple, Mason | *Mason Temple v. Juul Labs, Inc. et al.* | 3:20-cv-02214 | Douglas & London, P.C. | 9/10/2020 | 956 |